# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# BIG STONE GAP DIVISION

| | |
|---|---|
| DAWN CHEEK, ) | |
| Plaintiff, ) | Civil Action No. 2:07cv00008 |
| ) | |
| v. ) | **ORDER** |
| ) | |
| MICHAEL J. ASTRUE, ) | By: GLEN M. WILLIAMS |
| **Commissioner of Social Security,**[1] ) | SENIOR UNITED STATES DISTRICT JUDGE |
| Defendant. ) | |

For the reasons stated in the Memorandum Opinion accompanying this final judgment, it is **ADJUDGED and ORDERED** as follows:

1. The motion for summary judgment filed by the Commissioner of Social Security is **OVERRULED**;
2. The motion for summary judgment filed by the plaintiff is **OVERRULED**;
3. The motion for remand filed by the plaintiff is **SUSTAINED**;
4. The final decision of the Commissioner denying benefits is **VACATED**;
5. The plaintiff's claims shall be **REMANDED** pursuant to "sentence four" of 42 U.S.C. § 405(g) for further development;
6. The Clerk shall send a certified copy of this Final Judgment and the accompanying Memorandum Opinion to all counsel of record; and
7. The Clerk is directed to close the case and strike it from the docket.

**ENTER:** This _8th_ day of January, 2008

THE HONORABLE GLEN M. WILLIAMS
SENIOR UNITED STATES DISTRICT JUDGE

---

[1] Michael J. Astrue became the Commissioner of Social Security on February 12, 2007, and is, therefore, substituted for Jo Anne B. Barnhart as the defendant in this suit pursuant to Federal Rule of Civil Procedure 25(d)(1).